In re BOUGHTON. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) In the matter of the application of G. Floyd Boughton for admission to the bar.

PER CURIAM. Application for admission to the bar denied.

McLENNAN. P. J.. and KRUSE, J., vote for admitting the applicant.

BRADLEY v. LIBMAN et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Appeal from Special Term, New York County. Action by Daniel Bradley against Fajbush Libman and another. From an order vacating an order for examination of defendants before trial, plaintiff appeals. Reversed. Frank P. Ufford, for appellant. Clayton J. Heermance, for respondents.

PER CURIAM. The order setting aside the order for examination is reversed, with $10 costs and disbursements, and the order for examination reinstated, except in so far as it requires the defendant to produce upon the examination the books and papers therein specified, which provision is stricken therefrom. Settle order on notice.

BRADLEY, Appellant, v. LIBMAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Daniel Bradley against Fajbush Libman, impleaded with others. F. P. Ufford, for appellant. C. J. Heermance, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

BRAYMAN v. GRANT. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Irving L. Brayman against John P. Grant. No opinion. Motion denied. See, also, 114 N. Y. Supp. 336.

BRECK v. UNITED STATES TITLE GUARANTY CO. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Charles J. Breck against the United States Title Guaranty Company. No opinion. Motion granted. Settle order on notice.

BRECK v. UNITED STATES TITLE GUARANTY CO. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Charles J. Breck against the United States Title Guaranty Company. No opinion. Motion denied. Settle order on notice.

BREDEL, Respondent, v. KNASZAK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Peter M. Bredel against John Knaszak and others.

PER CURIAM. Motion to dismiss appeal denied, without costs. Held that, the judge who tried the case having resettled the case and exceptions after the order made at Special Term that the case and exceptions be deemed abandoned, this court should not give effect to the latter order and dismiss this appeal by reason thereof.

BRENNAN, Respondent, v. FARMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Patrick Brennan against Peter J. Farmer, by guardian, etc.

PER CURIAM. Judgment and order affirmed, without costs.

WILLIAMS, J., dissents, upon the ground that the court had the power to allow the guardian his costs and expenses, and that the refusal to do so was an improper exercise of discretion.

BRILL v. BRILL. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Ray B. Brill against Abraham Brill. No opinion. Motion granted. Order filed.

In re BRONNER. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) In the matter of the examination of Amandus Bronner, judgment debtor, in proceedings supplementary to execution upon the application of Joseph Block, judgment creditor. No opinion. Order affirmed, with $10 costs and disbursements.

BROOKS, Appellant, v. E. M. BROWN PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by William H. Brooks against the E. M. Brown Paper Company. No opinion. Judgment unanimously affirmed, with costs.

BROWN, Appellant, v. DUGGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Phillip T. Brown against Edward J. Duggan and another. S. Pierson, for appellant. J. F. McKinney, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

BROWN, Appellant, v. EATON, Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by George W. Brown against Lafayette B. Eaton, administrator, etc. No opinion. Judgment unanimously affirmed, with costs.

BROWN, Appellant, v. ENGLISH et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charles B. Brown against Paul A. English and others. No opinion. Order affirmed, with costs.

BROWNE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by William F. Browne, by guardian, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.